**THE HAHN LEGAL GROUP**[APC]
ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com
ADAM ZAMOST, SBN 305655
azamost@hahnlegalgroup.com
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
T:(310)706-3400/F:(310)706-3440

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| MARIA GAVILANES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: 5:20-cv-20-02645<br><br>The Hon.<br>Magistrate Judge:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (B) [DIVERSITY OF CITIZENSHIP JURISDICTION]; 28 U.S.C §1446; 28 U.S.C. §1332**<br><br>Action Filed:<br>Trial Date: |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant TARGET CORPORATION ("Target"), by and through its counsel of record, hereby gives notice of the removal of this action from the California Superior Court, County of San Bernardino where this case is now pending, to the above-entitled Court, the United States District Court, Central District of California. This removal is made pursuant

THE HAHN LEGAL GROUP, APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

to 28 U.S.C. §§1441, 1332, 1446(b)(3), and 1446(c)(3)(A).   In support thereof, Target states as follows:

## Timeliness of Removal

1.      On May 29, 2020, Plaintiff, MARIA GAVILANES ("Plaintiff") filed an action in the Superior Court of California, County of San Bernardino, Case No. CIVDS2010176, entitled *Maria Gavilanes v. Target Corporation and DOES 1 to 50 inclusive* ("Complaint").  A true and correct copy of the conformed Complaint is attached hereto as **Exhibit "A**." Plaintiff contends she slipped and fell at a Target store at or near 9052 Central Ave., Montclair, CA 91763 and sustained injuries.

2.      According to Plaintiff's Statement of Damages, as of November 19, 2020, her medical specials were $50,000.00. Plaintiff also seeks recovery for future medical specials in the amount of $500,000.00, loss of earnings to date of $50,000.00, loss of future earning capacity of $500,000.00, and possibly property damage totaling $25,000.00[1]. Plaintiff further contends she is making claims for general damages, including $1,000,000.00 for pain, suffering, and inconvenience, and $1,000,000.00 for emotional distress. A true and correct copy of the Statement of Damages is attached hereto as **Exhibit "B**."

3.      Target received a copy of the Summons and Complaint after it was served on Target's California agent for service of process on November 24, 2020. A true and correct copy of the Service of Process Transmittal is attached hereto as **Exhibit "C**."

4.      This Notice of Removal is timely filed pursuant to 28 U.S.C. §§ 1332(a), 1446(b), and FRCP 6(a), in that it is filed within thirty (30) days after Target was served with the Complaint.

---

[1] While the Statement of Damages quantifies property damage of $25,000.00, the box next to Property Damage is not checked.

THE HAHN LEGAL GROUP, APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

## Diversity of Citizenship

5.     This Court has original jurisdiction over this action under 28 U.S.C. § 1332 because it is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Accordingly, this action may be removed to this Court by Defendant under 28 U.S.C. § 1441(b).

6.     Pursuant to 28 U.S.C. § 1332(c), "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business."

7.     Plaintiff is an individual residing in the State of California with her primary residence located in or about Montclair, in San Bernardino County.

8.     Defendant Target is a Minnesota corporation with its principal place of business in Minnesota. (Declaration of Adrienne R. Hahn ¶5, a true and copy of which is attached hereto as **Exhibit "D**.")

9.     The citizenship of the "Doe" Defendants is not considered in determining diversity for purposes of removal.  See 28 U.S.C. § 1446(a).

10.     Complete diversity of citizenship exists between the parties within the meaning of 28 U.S.C. § 1332 because Plaintiff is a citizen of California and Defendant Target is a "citizen" of Minnesota.

## Amount in Controversy

11.     Pursuant to 28 U.S.C. § 1332(a), District Courts have original jurisdiction over all civil actions between citizens of different states where the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

12.     The Complaint does not set forth the amount in controversy because "California prohibits plaintiffs from setting out a monetary ad damnum…." *Singer*

NOTICE OF REMOVAL
Case No. 5:20-cv-20-02645

*v. State Farm Mut. Auto. Ins. Co*., 116 F.3d 373, 375-77 (9th Cir. 1997) (citing Cal. Code. Civ. Pro. § 425.10(b)).

13.    "The district Court may consider whether it is 'facially apparent' from the Complaint that the jurisdictional amount is in controversy." *Singer*, 115 F.3d at 377.

14.    If the amount in controversy is not "facially apparent," a district Court may consider facts outside the face of the Complaint to determine whether the amount at stake satisfies the $75,000.00 case-and-controversy requirement. *See Valdez v. Allstate Ins. Co*., 372 F.3d 1115, 1117 (9th Cir. 2004) (citing *Singer*, 116 F.3d at 375-77).

15.    In these instances, however, the removing party must "provide evidence that it is 'more likely than not' that the amount in controversy exceeds [$75,000.00]." *Valdez*, 372 F.3d at 1117 (citing *Sanchez v. Monumental Life Ins. Co*., 102 F.3d 398, 404 (9th Cir. 1996); *Gaus v. Miles, Inc*., 980 F.2d 564, 567 (9th Cir. 1992). Further, "although a statement of damages pursuant to [*California Code of Civil Procedure*] section 425.11 is not filed with the court as part of the complaint, it is normally viewed as a serious estimate of the damages in a given case." *Surber v. Reliance Nat. Indem. Co.*, 110 F. Supp. 2d 1227, 1230 (N.D. Cal. 2000); see also *Rahwar v. Nootz*, 863 F. Supp. 191, 192 (D.N.J. 1994) [*a plaintiff's statement of damages letter is an "other paper" within the meaning of 28 U.S.C. § 1446(b)*].

16.    Here, Plaintiff contends she suffered injuries as a result of a slip and fall. Plaintiff alleges her medical specials as of November 19, 2020 were $50,000.00 and her loss of earnings to date were $50,000.00 as reflected on her Statement of Damages. (**Exhibit "B**.")

/ / /

/ / /

THE HAHN LEGAL GROUP, APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

17. Plaintiff also seeks recovery for future medical specials, loss of future earning capacity, and property damage in the amount of $1,025,000.00. (**Exhibit "B."**)

18. Plaintiff further contends she is making claims for general damages, including $1,000,000.00 for pain, suffering, and inconvenience, and $1,000,000.00 for emotional distress. (**Exhibit "B."**)

19. Based on the above, Target estimates in good faith that the amount in controversy exceeds $75,000.00 (past medical specials of $50,000.00, future medical specials of $500,000.00, loss of earnings to date of $50,000, loss of future earning capacity of $500,000.00, property damage of $25,000.00, and general damages of $2,000,000.00, totaling $3,125,000.00), exclusive of interest and costs. As such, Target has set forth facts proving, by a preponderance of the evidence, that the amount-in-controversy requirement is met.

## Venue

20. Because this action was commenced in the Superior Court of San Bernardino County, California, under 28 U.S.C. §84(c) and 1441(a), this United States District Court for the Central District of California, Eastern Division, is the proper forum for removal of this action from State to Federal Court.

## Notice

21. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice is being filed with the Clerk of the Superior Court of the State of California, County of San Bernardino, and is being served upon Plaintiff with written notice thereof, such that Subsection (d)'s requirements are being satisfied. A true and correct copy of Defendant's Notice of Filing of Notice of Removal (without exhibits) that is being filed with the Clerk of the Superior Court of the State of California, County of San Bernardino, is attached hereto as **Exhibit "E."**

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

NOTICE OF REMOVAL
Case No. 5:20-cv-20-02645

5

1   WHEREFORE, Defendant prays that this action be removed to this Court,

2   that this Court accept jurisdiction of this action, and that this action be placed on

3   the docket of this Court for further proceedings, the same as though this action had

4   originally been instituted in this Court.

5   **<u>Demand for Jury Trial</u>**

6   Defendant also hereby demands a trial by jury on all issues so triable.

7

8   DATED: December 23, 2020             **THE HAHN LEGAL GROUP**APC

9

10  By: _____

11  ADRIENNE R. HAHN,
    Attorneys for Defendant TARGET
12  CORPORATION

THE HAHN LEGAL GROUP APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

6

# EXHIBIT "A"

**SUM-100**

# SUMMONS
## (CITATION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

TARGET CORPORATION, a Minnesota corporation; DOES 1 through 50, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

MARIA GAVILANES, an individual,

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 29 2020

BY _____
NICOLE O'DWYER, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: San Bernardino Superior Court
*(El nombre y dirección de la corte es):*

247 W. Third Street
San Bernardino, California 92415

CASE NUMBER:
*(Número del Caso):*

CIV DS 2 0 1 0 1 7 6

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Chahine Law, APC; 714 W. Olympic Blvd., Ste, 940, Los Angeles, CA 90015; (213) 746-4000

DATE:  MAY 29 2020          Clerk, by  NICOLE O'DWYER          , Deputy
*(Fecha)*                    *(Secretario)*                     *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

**COPY**

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*  TARGET CORPORATION, a Minnesota Corporation

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

8

1 │ HUSSEIN A. CHAHINE, ESQ. (State Bar No. 228150)
  │ ERIC H. GODOY, ESQ. (State Bar No. 225427)
2 │ CHAHINE LAW, APC
  │ 714 West Olympic Boulevard, Suite 940
3 │ Los Angeles, California 90015
  │ Telephone: (213) 746-4000 | Facsimile: (213) 746-4006
4 │
5 │ Attorneys for Plaintiff, MARIA GAVILANES
6 │
7 │

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 29 2020

BY _____
NICOLE O'DWYER, DEPUTY

8 │        SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 │           FOR THE COUNTY OF SAN BERNARDINO

10 │

11 │ MARIA GAVILANES, an individual,          CASE NO. CIV DS 2 0 1 0 1 7 6

12 │

13 │              Plaintiff,              **COMPLAINT FOR DAMAGES FOR**
                                         **PERSONAL     INJURIES**
14 │   vs.                               **[NEGLIGENCE/PREMISE LIABILITY]**

15 │ TARGET CORPORATION, a Minnesota
   │ corporation; DOES 1 through 50, inclusive,
16 │

17 │              Defendants.

18 │

19 │        Comes now, Plaintiff MARIA GAVILANES and for her cause of action against the

20 │ Defendants, and each of them, complains and alleges as follows:

21 │        1.      Plaintiff MARIA GAVILANES is an individual residing within the County of San

22 │ Bernardino, State of California.

23 │        2.      Plaintiff is informed and believes that, at all times relevant hereto, Defendant

24 │ TARGET CORPORATION is and was a Minnesota corporation duly organized under the laws

25 │ of the State of Minnesota doing business in the County of San Bernardino, State of California.

26 │        3.      Plaintiff is informed and believes, and based thereon alleges, that at all times

27 │ relevant herein, each of the Defendants, including DOES 1 through 50, inclusive (hereinafter

28 │

1
**COMPLAINT**

1    collectively "Defendants"), was the agent of each of the remaining Defendants, and each such

2    Defendant empowered and authorized each of the remaining Defendants to act and did in fact act

3    as the agent of each of the remaining Defendants within the course and scope of such agency.

4    Plaintiff is further informed and believes, and based thereon alleges, that the acts of each

5    Defendant alleged herein were ratified, authorized or otherwise approved by each of the

6    remaining Defendants.

7         4.    Plaintiff is ignorant of the true names and specific capacities of the Defendants

8    sued herein as DOES 1 through 50, inclusive, and therefore sues these Defendants by fictitious

9    names. Plaintiff is informed and believes, and based thereon alleges, that each fictitiously named

10   Defendant is responsible in some manner for the acts alleged in this complaint. Plaintiff will

11   amend this complaint to allege the true names and capacities of these fictitious Defendants when

12   their identities are ascertained. Each reference in this complaint to Defendants or to a

13   specifically named Defendant refers also to all Defendants sued under fictitious names.

14        5.    At all times herein mentioned, Defendants TARGET CORPORATION and DOES

15   1 through 50, and each of them, were engaged in the business of owning, managing, controlling,

16   inspecting, servicing, maintaining, operating, leasing, and renting the premises located at 9052

17   Central Avenue, Montclair, California 91763 ("PREMISES").

18        6.    On or about May 17, 2018, Plaintiff MARIA GAVILANES was an invitee upon

19   said business PREMISES.

20        7.    On or about May 17, 2018, Defendants, and each of them, carelessly and

21   negligently owned, constructed, managed, operated, maintained, designed, signed, inspected,

22   repaired, controlled, staffed, supervised, promoted, and advertised said PREMISES in a

23   dangerous, defective, and unsafe condition. By reason of said carelessness and negligence of the

24   Defendants, and each of them, said business PREMISES was unsafe and dangerous to invitees

25   thereon such as and including Plaintiff.

26        8.    The Defendants, and each of them were negligent in that they failed to use

27   reasonable care to keep the subject PREMISES in a reasonably safe condition and/or to discover

28   the unsafe condition on the PREMISES.

**COMPLAINT**

9.      Defendants, and each of them, failed to warn Plaintiff of said dangerous, defective, and unsafe condition, although the Defendants, and each of them, knew, or in the exercise of ordinary care, should have known of said condition.

10.     At said time and place and as a direct and legal result of the carelessness and negligence of the Defendants, and each of them, Plaintiff MARIA GAVILANES slipped and/or tripped and fell as a result of a dangerous and/or unsafe condition located on said PREMISES.

11.     As a proximate result of the acts and omissions of the Defendants, and each of them, Plaintiff MARIA GAVILANES, was hurt and injured in her health, strength, and activity, having sustained, *inter alia*, injuries to her neck, back, shoulders, elbows, arms, knees, legs, hips, and other injuries, all of which said injuries caused and continue to cause Plaintiff MARIA GAVILANES great mental, physical, and nervous pain and suffering.  Plaintiff MARIA GAVILANES is informed and believes and thereby alleges that said injuries will result in some permanent disability to Plaintiff, all to Plaintiff's general damage in an amount in excess of the minimum jurisdictional limits of this court.

12.     As a further direct and proximate result of the acts and omissions of the Defendants, and each of them, as aforesaid, Plaintiff MARIA GAVILANES has incurred and will in the future incur expenses for surgery, hospitalization, examination, care, and treatment of her injuries, the exact nature and extent of which are unknown to Plaintiff at this time and Plaintiff will ask leave of court to amend the complaint according to proof when the same are ascertained at trial.

13.     As a further direct and proximate result of the acts and omissions of the Defendants, and each of them, as aforesaid, Plaintiff MARIA GAVILANES will be unable to pursue her vocation and has therefore suffered and will suffer in the future, a loss of earnings and earning capacity, the exact amount of which is unknown to Plaintiff at this time, and Plaintiff will ask leave of court to amend the complaint according to proof when the same are ascertained at trial.

14.     As a further direct and proximate result of the acts and omissions of the Defendants, and each of them, Plaintiff MARIA GAVILANES was required to incur other

3

**COMPLAINT**

1  economic losses all in an amount according to proof.

2                          **PRAYER FOR RELIEF**

3          WHEREFORE, Plaintiff MARIA GAVILANES prays for judgment against the

4  Defendants, and each of them, as follows:

5          1.      For all general damages, according to proof;

6          2.      For all special damages, according to proof;

7          3.      For medical and health care expenses, according to proof; and

8          4.      For lost earnings and earning capacity, according to proof.

9          5.      For pre-judgment interest;

10         6.      For costs of suit incurred herein; and

11         7.      For such other and further relief as the court may deem just and proper.

12

13  DATED: May 12, 2020

14                                  CHAHINE LAW, APC

15
                                    By: _____
16                                      HUSSEIN A. CHAHINE, ESQ.
                                        ERIC H. GODOY, ESQ.
17                                      Attorneys for Plaintiff, MARIA GAVILANES

18

19

20

21

22

23

24

25

26

27

28

                                        4
                                   **COMPLAINT**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Hussein A. Chehine, Esq. (SBN 228150); Eric H. Godoy, Esq. (SBN 225427) CHAHINE LAW, APC 714 W. Olympic Boulevard, Suite 940 Los Angeles, California 90015 | **F I L E D** SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO SAN BERNARDINO DISTRICT |

TELEPHONE NO: (213) 746-4000      FAX NO: (213) 746-4006

ATTORNEY FOR *(Name):* Plaintiff, Maria Gavilanes

**MAY 29 2020**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Bernardino

STREET ADDRESS: 247 W. Third Street

MAILING ADDRESS:

CITY AND ZIP CODE: San Bernardino, CA 92415

BY _____

NICOLE O'DWYER, DEPUTY

BRANCH NAME: San Bernardino District - Civil Division

CASE NAME:

Maria Gavilanes v. Target Corporation, et al.

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| ☑ **Unlimited** (Amount demanded exceeds $25,000) | ☐ **Limited** (Amount demanded is $25,000 or less) | ☐ **Counter**   ☐ **Joinder** Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CIV DS 2 0 1 0 1 7 6 |
| | | | JUDGE: |
| | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

**1.** Check one box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| ☑ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

**2.** This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:

a. ☐ Large number of separately represented parties

b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve

c. ☐ Substantial amount of documentary evidence

d. ☐ Large number of witnesses

e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court

f. ☐ Substantial postjudgment judicial supervision

**3.** Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive

**4.** Number of causes of action *(specify):*  One

**5.** This case ☐ is   ☑ is not   a class action suit.

**6.** If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 5/12/2020

Eric H. Godoy, Esq.

(TYPE OR PRINT NAME)                                   (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

13

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO


San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
------------------------------------------------------------------------
------------------------------------------------------------------------
                                        CASE NO: CIVDS2010176
    CHAHINE LAW APC
    714 W OLYMPIC BLVD
    SUITE 940
    LOS ANGELES CA 90015
                            NOTICE OF TRIAL SETTING CONFERENCE


IN RE: GAVILANES -V- TARGET

THIS CASE HAS BEEN ASSIGNED TO: WILFRED J SCHNEIDER JR. IN DEPARTMENT S32
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA  92415-0210.

            HEARING DATE: 11/30/20 at  9:00 in Dept. S32

The Trial Setting Conference will be held in chambers without the
appearance of the parties -except for good cause shown. (see Emergency
Local Rule 411.1).

Parties shall file and serve no later than 15 days prior to the trial
setting conference the mandatory Initial Trial Setting Conference
Statement form (local for #13-09001-360) included with this notice.
Prior to the date of the initial trial setting conference, the court
may entertain a written stipulation by all appearing parties to con-
tinue the initial trial setting conference if filed at least 30 days
prior to the conference.

DATE: 06/15/20  Nancy Eberhardt, Court Executive Officer
                                    By: NICOLE O'DWYER FENNE
------------------------------------------------------------------------
------------------------------------------------------------------------
                        CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
(/) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office

14

and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 06/15/20
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 06/15/20 at San Bernardino, CA

BY: NICOLE O'DWYER FENNELL


civ-ntsc-20130417

**SUPERIOR COURT OF CALIFORNIA,  COUNTY OF SAN BERNARDINO**

Maria Gavilanes

Case No. |V DS 2010176

vs.

**CERTIFICATE OF ASSIGNMENT**

Target Corporation, et al.

A civil action or proceeding presented for filing must be accompanied by this certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the ___Civil Division___
District of the Superior Court under Rule 404 of this court for the checked reason:

[X] General          [ ] Collection

| | | Nature of Action | Ground |
|---|---|---|---|
| [ ] | 1 | Adoption | Petitioner resides within the district. |
| [ ] | 2 | Conservator | Petitioner or conservatee resides within the district. |
| [ ] | 3 | Contract | Performance in the district is expressly provided for. |
| [ ] | 4 | Equity | The cause of action arose within the district. |
| [ ] | 5 | Eminent Domain | The property is located within the district. |
| [ ] | 6 | Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 7 | Guardianship | Petitioner or ward resides within the district or has property within the district. |
| [ ] | 8 | Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| [ ] | 9 | Mandate | The defendant functions wholly within the district. |
| [ ] | 10 | Name Change | The petitioner resides within the district. |
| [X] | 11 | Personal Injury | The injury occurred within the district. |
| [ ] | 12 | Personal Property | The property is located within the district. |
| [ ] | 13 | Probate | Decedent resided or resides within the district or had property within the district. |
| [ ] | 14 | Prohibition | The defendant functions wholly within the district. |
| [ ] | 15 | Review | The defendant functions wholly within the district. |
| [ ] | 16 | Title to Real Property | The property is located within the district. |
| [ ] | 17 | Transferred Action | The lower court is located within the district. |
| [ ] | 18 | Unlawful Detainer | The property is located within the district. |
| [ ] | 19 | Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| [ ] | 20 | Other | |
| [ ] | 21 | THIS FILING WOULD NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT. | |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designated district is:

9052 Central Avenue

| (NAME - INDICATE TITLE OR OTHER QUALIFYING FACTOR) | ADDRESS | |
|---|---|---|
| Montclair | California | 91763 |
| (CITY) | (STATE) | (ZIP CODE) |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on

5/12/2020                    at  Los Angeles                                        , California

Signature of Attorney/Party

13-16503-360 Rev. 10/94                                                                                   SB-16503

16

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (Name):<br>FAX NO. (Optional): | TRIAL SETTING CONFERENCE DATE: _____<br>UNLIMITED CASE: _____<br>LIMITED CASE: _____ | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INITIAL TRIAL SETTING CONFERENCE STATEMENT** | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:** All applicable boxes must be checked, and the specified information must be provided. <u>This document must be filed and served at least 15 days prior to the trial setting conference date.</u>

1. **Party or parties** (answer one):
   a. ☐ This statement is submitted by party (*name*):
   b. ☐ This statement is submitted jointly by parties (*names*):

2. **Service of Complaint** on all parties has ☐ has not ☐ been completed.

3. **Service of Cross-Complaint** on all parties has ☐ has not ☐ been completed.

4. **Description of case in Complaint:**

5. **Description of case in Cross-Complaint:**

6. Has all discovery been completed:  Yes ☐  No ☐  Date discovery anticipated to be completed: _____

7. Do you agree to mediation?  Yes ☐  No ☐  Please check type agreed to:  Private: _____  Court-sponsored: _____

8. **Related cases, consolidation, and coordination:**  Please attach a Notice of Related Case.

   ☐ A motion to ☐ consolidate ☐ Trial dates requested: Yes ☐ No ☐  Available dates: _____ Time estimate: _____

9. **Other issues:**
   ☐ The following additional matters are requested to be considered by the Court:

10. **Meet and Confer:**
    ☐ The parties represent that they have met and conferred on all subjects required by California Rules of Court, Rule 3.724.

    ☐ The parties have entered into the following stipulation(s):

11. Total number of pages attached (*if any*): _____

    I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the Initial Trial Setting Conference, including the written authority of the party where required.
    Date: _____

    _____
    (TYPE OR PRINT NAME)

    _____
    (SIGNATURE OF PARTY OR ATTORNEY)

    _____
    (TYPE OR PRINT NAME)

    _____
    (SIGNATURE OF PARTY OR ATTORNEY)

Form # 13-09001-360
Mandatory Form

**INITIAL TRIAL SETTING CONFERENCE STATEMENT**

17

**CIV-050**

*- DO NOT FILE WITH THE COURT-*
*-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -*

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>Hussein A. Chahine, Esq. (SBN 228150)<br>Eric H. Godoy, Esq. (SBN 225427)<br>CHAHINE LAW, APC<br>714 West Olympic Boulevard, Suite 940, Los Angeles, California 90015<br>ATTORNEY FOR *(name):*  Plaintiff, Maria Gavilanes     TELEPHONE NO.:<br>(213) 746-4000 | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO
STREET ADDRESS: 247 W. Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Superior Court

PLAINTIFF: Maria Gavilanes
DEFENDANT: Target Corporation, et al.

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>CIVDS2010176 |
|---|---|

To *(name of one defendant only):* Target Corporation
Plaintiff *(name of one plaintiff only):* Maria Gavilanes
seeks damages in the above-entitled action, as follows:

| | | AMOUNT |
|---|---|---|
| **1. General damages** | | |
| a. ☑ | Pain, suffering, and inconvenience ................................................................ | $ 1,000,000.00 |
| b. ☑ | Emotional distress. .......................................................................................... | $ 1,000,000.00 |
| c. ☐ | Loss of consortium .......................................................................................... | $ _____ |
| d. ☐ | Loss of sociey and companionship *(wrongful death actions only)* ................ | $ _____ |
| e. ☐ | Other *(specify)* ................................................................................................ | $ _____ |
| f. ☐ | Other *(specify)* ................................................................................................ | $ _____ |
| g. ☐ | Continued on Attachment 1.g. | |
| **2. Special damages** | | |
| a. ☑ | Medical expenses *(to date)* .......................................................................... | $ 50,000.00 |
| b. ☑ | Future medical expenses *(present value)* ...................................................... | $ 500,000.00 |
| c. ☑ | Loss of earnings *(to date)* ............................................................................ | $ 50,000.00 |
| d. ☑ | Loss of future earning capacity *(present value)* ............................................ | $ 500,000.00 |
| e. ☑ | Property damage .............................................................................................. | $ 25,000.00 |
| f. ☐ | Funeral expenses *(wrongful death actions only)* ............................................ | $ _____ |
| g. ☐ | Future contributions *(present value) (wrongful death actions only)* ................ | $ _____ |
| h. ☐ | Value of personal service, advice, or training *(wrongful death actions only)* ...... | $ _____ |
| i. ☐ | Other *(specify)* ................................................................................................ | $ _____ |
| j. ☐ | Other *(specify)* ................................................................................................ | $ _____ |
| k. ☐ | Continued on Attachment 2.k. | |

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
    when pursuing a judgment in the suit filed against you.

Date: November 19, 2020

Eric H. Godoy, Esq.
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115<br>www.courtinfo.ca.gov

18

**CIV-050**

| | |
|---|---|
| PLAINTIFF: Maria Gavilanes | CASE NUMBER: |
| DEFENDANT: Target Corporation, et al. | CIVDS2010176 |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service. By personally delivering copies. (CCP § 415.10)**
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**

   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**

   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**

   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

Date:

▶ _____
(SIGNATURE)

▶ _____
(SIGNATURE)

| | | |
|---|---|---|
| V-050 [Rev. January 1, 2007] | **PROOF OF SERVICE** (Statement of Damages) | Page 2 of 2 Code of Civil Procedure §§ 425.11, 425.115 |

19

# EXHIBIT "B"

**CIV-050**

***- DO NOT FILE WITH THE COURT-***
***-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -***

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Hussein A. Chahine, Esq. (SBN 228150) | (213) 746-4000 | |
| Eric H. Godoy, Esq. (SBN 225427) | | |
| CHAHINE LAW, APC | | |
| 714 West Olympic Boulevard, Suite 940, Los Angeles, California 90015 | | |
| ATTORNEY FOR *(name):*  Plaintiff, Maria Gavilanes | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN BERNARDINO
STREET ADDRESS: 247 W. Third Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, CA 92415
BRANCH NAME: San Bernardino Superior Court

PLAINTIFF: Maria Gavilanes
DEFENDANT: Target Corporation, et al.

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: CIVDS2010176 |
|---|---|

To *(name of one defendant only):* Target Corporation
Plaintiff *(name of one plaintiff only):* Maria Gavilanes
seeks damages in the above-entitled action, as follows:

**AMOUNT**

**1. General damages**
a. ☑ Pain, suffering, and inconvenience ......................................................... $ 1,000,000.00
b. ☑ Emotional distress. ........................................................................ $ 1,000,000.00
c. ☐ Loss of consortium ........................................................................ $ _____
d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ......................... $ _____
e. ☐ Other *(specify)* .......................................................................... $ _____
f. ☐ Other *(specify)* .......................................................................... $ _____
g. ☐ Continued on Attachment 1.g.

**2. Special damages**
a. ☑ Medical expenses *(to date)* .............................................................. $ 50,000.00
b. ☑ Future medical expenses *(present value)* ................................................. $ 500,000.00
c. ☑ Loss of earnings *(to date)* .............................................................. $ 50,000.00
d. ☑ Loss of future earning capacity *(present value)* ......................................... $ 500,000.00
e. ☑ Property damage ........................................................................... $ 25,000.00
f. ☐ Funeral expenses *(wrongful death actions only)* .......................................... $ _____
g. ☐ Future contributions *(present value) (wrongful death actions only)* ...................... $ _____
h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ............ $ _____
i. ☐ Other *(specify)* .......................................................................... $ _____
j. ☐ Other *(specify)* .......................................................................... $ _____
k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $
when pursuing a judgment in the suit filed against you.

Date:  November 19, 2020

Eric H. Godoy, Esq.
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

21

**CIV-050**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF: Maria Gavilanes | CIVDS2010176 |
| DEFENDANT: Target Corporation, et al. | |

## PROOF OF SERVICE

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☐ Statement of Damages ☐ Other *(specify)*:

   b. on *(name)*:
   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served)*:

   d. ☐ by delivery ☐ at home ☐ at business
       (1) date:
       (2) time:
       (3) address:

   e. ☐ by mailing
       (1) date:
       (2) place:

2. Manner of service *(check proper box)*:
   a. ☐ **Personal service. By personally delivering copies. (CCP § 415.10)**
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**

   d. ☐ ₁**Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**

   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**

   f. ☐ Other *(specify code section)*:
       ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
         (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
         (SIGNATURE)

**EXHIBIT "C"**


CT Corporation

**Service of Process Transmittal**
11/24/2020
CT Log Number 538651278

**TO:**  Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:**  **Process Served in California**

**FOR:**  Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Maria Gavilanes, etc., Pltf. vs. Target Corporation, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # CIVDS2010176 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/24/2020 at 02:40 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/25/2020, Expected Purge Date: 11/30/2020<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / NM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# EXHIBIT "D"

**THE HAHN LEGAL GROUP<sup>APC</sup>**
ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com
ADAM C. ZAMOST, SBN 305655
azamost@hahnlegalgroup.com
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
T:(310)706-3400/F:(310)706-3440

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MARIA GAVILANES, an individual, | CASE NO: |
| Plaintiff, | The Hon. Magistrate Judge: |
| vs. | **DECLARATION OF ADRIENNE R. HAHN** |
| TARGET CORPORATION, a Minnesota corporation; DOES 1 through 50, inclusive, | |
| Defendants. | |

I, ADRIENNE R. HAHN, certify and declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and before this Honorable Court.  I am a Partner at The Hahn Legal Group<sup>APC</sup>, counsel of record for Defendant TARGET CORPORATION.

2.      My business address is 2361 Rosecrans Avenue, Suite 373, El Segundo, California 90245, which is located in the city, county and state where the mailing described below took place.

3.      I have personal knowledge of the following facts and would and could testify to them if called upon to do so, with the exception of those matters stated on

information and belief, and as to those matters I believe them to be true.

4.      Plaintiff MARIA GAVILANES ("Plaintiff") resides in California. A true and correct copy of the conformed Complaint, which was filed in the Superior Court of California, County of San Bernardino, is attached as Exhibit "A" to TARGET CORPORATION'S Notice of Removal of Action.

5.      Defendant TARGET CORPORATION ("Defendant") is a Minnesota corporation with its principal place of business in Minnesota. A true and correct copy of the Statement of Information for Defendant filed with the Secretary of State is attached hereto as **Exhibit "1."**

6.      According to Plaintiff's Statement of Damages, as of November 19, 2020, her medical specials were $50,000.00. Plaintiff also seeks recovery for future medical specials in the amount of $500,000.00, loss of earnings to date of $50,000.00, loss of future earning capacity of $500,000.00, and possibly property damage totaling $25,000.00. Plaintiff further contends she is making claims for general damages, including $1,000,000.00 for pain, suffering, and inconvenience, and $1,000,000.00 for emotional distress.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on December 23, 2020, at El Segundo, California.

ADRIENNE R. HAHN, Declarant

**THE HAHN LEGAL GROUP** APC
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

**EXHIBIT "1"**



**F**

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.   **CORPORATE NAME**

2.   **CALIFORNIA CORPORATE NUMBER**

This Space for Filing Use Only

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.   **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐   If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13.**

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6.   MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| 7.   CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 8.   SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9.   CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10.   NAME OF AGENT FOR SERVICE OF PROCESS

| 11.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Type of Business**

12.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|

SI-350 (REV 01/2013)                                                                                    APPROVED BY SECRETARY OF STATE

29

# EXHIBIT "E"

1  **THE HAHN LEGAL GROUP**^APC
   ADRIENNE R. HAHN, SBN 136569
2  ahahn@hahnlegalgroup.com
   ADAM C. ZAMOST, SBN 305655
3  azamost@hahnlegalgroup.com
   2361 Rosecrans Avenue, Suite 373
4  El Segundo, California 90245
   T:(310)706-3400/F:(310)706-3440
5

6  Attorneys for Defendant
   TARGET CORPORATION
7

8              SUPERIOR COURT OF THE STATE OF THE CALIFORNIA

9                       COUNTY OF SAN BERNARDINO

10

11 MARIA GAVILANES, an individual,        CASE NO: CIVDS2010176
                                          Complaint Filed: 05/29/2020
12          Plaintiff,                    Hon. Wilfred J. Schneider, Jr., Dept. "S32"

13      vs.

14 TARGET CORPORATION, a Minnesota        **NOTICE OF REMOVAL TO FEDERAL**
   corporation; DOES 1 through 50, inclusive,  **COURT**
15
          Defendants.
16

17

18

19 TO: THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      PLEASE  TAKE  NOTICE  that  on  December  23,  2020,  Defendant  TARGET

21 CORPORATION  filed  a  Notice  of  Removal  to  Federal  Court.  Attached  hereto  are  the

22 documents filed in the United States District Court, Central District, Eastern Division:

23      Exhibit A:         NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C.

24                         §1441(A) AND (B) [DIVERSITY OF CITIZENSHIP

25                         JURISDICTION]

26      Exhibit B:         CIVIL COVER SHEET, SUPPLEMENTAL CIVIL COVER

27                         SHEET;

28 ///

---

NOTICE OF REMOVAL TO FEDERAL COURT

31

Exhibit C:     CERTIFICATION AND NOTICE OF INTERESTED PARTIES; and

Exhibit D:     NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT.

DATED: December 23, 2020          **THE HAHN LEGAL GROUP**[APC]

By: _____
ADRIENNE R. HAHN,
Attorneys for Defendant
TARGET CORPORATION

1

## PROOF OF SERVICE

2

I am over the age of 18 and am not a party to this action or cause.  I am a resident of or employed in the County of Los Angeles.  My business address is 2361 Rosecrans Avenue, Suite 373, El Segundo, California 90245.

3

4

On December 23, 2020, I served a copy of the following documents:

## NOTICE OF REMOVAL TO FEDERAL COURT

5

by enclosing them in an envelope and

6
    (　　)　　[U.S. MAIL] depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date and at the city and state shown below, or

7

8
    (　　)　　placing the sealed envelope for collection and mailing on the date and at the place shown below, following our ordinary business practices.  I am readily familiar with this business' practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid, or

9

10
    (　　)　　[EXPRESS MAIL] depositing the sealed envelope in a post office, mailbox, subpost, office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail, together with an unsigned copy of this declaration, with Express Mail postage fully prepaid, or

11

12
    (　　)　　[EXPRESS SERVICE CARRIER]  depositing the sealed envelope in a box, substation, or other facility regularly maintained by (　) FEDERAL EXPRESS, (　) UPS, (　) DHL, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents; or

13

14

15
    (　　)　　[FACSIMILE]  by transmitting the aforementioned documents via facsimile from a facsimile transmission device at phone number (310) 706-3440, with an unsigned copy of this declaration, to the recipient(s) set forth below at the phone numbers noted therein.  The foregoing facsimile transmission was reported as complete without error by a transmission report issued by the device upon which the said transmission was made immediately following the transmission.  A true and correct copy of the said transmission report is attached hereto; or

16

17

18
    (　　)　　[PERSONAL SERVICE] causing such envelope to be delivered by hand to the recipient(s) identified below, at the address(es) set forth therein.

19
    (　X　)　　[ELECTRONIC MAIL] by transmitting the aforementioned documents via electronic mail as an attachment from my business email address to a known email address for the recipient set forth below.

20

21
The foregoing envelope was addressed and mailed to the address(es) below, or delivered by hand at the address(es) below if personally served, or the documents were transmitted via facsimile machine to:

22

23
    (　X　)　　and to additional parties and/or counsel listed in the attached service list.

24

25
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 23, 2020, in El Segundo, California.

26

27
*Brandi Rosales*

_____
             BRANDI ROSALES

28

THE HAHN LEGAL GROUP<sup>APC</sup>
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3440 | Fax: (310) 706-3440

**PROOF OF SERVICE**

**SERVICE LIST**

Mr. Hussein A. Chahine
Mr. Eric H. Godoy
CHAHINE LAW, APC
714 W. Olympic Blvd., Suite 940
Los Angeles, CA 90015
T: (213)746-4000/F: (213)746-4006
E-Mail: hac@socalinjurylawyers.com
E-Mail: eric@chahinelaw.com
Attorneys for Plaintiff **MARIA GAVILANES**

**THE HAHN LEGAL GROUP**<sup>APC</sup>
ADRIENNE R. HAHN, SBN 136569
ahahn@hahnlegalgroup.com
ADAM C. ZAMOST, SBN 305655
azamost@hahnlegalgroup.com
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
T:(310)706-3400/F:(310)706-3440

Attorneys for Defendant
 TARGET CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DISTRICT

| | |
|---|---|
| MARIA GAVILANES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO: Case No. 5:20-cv-20-02645<br><br>The Hon. Judge<br>Magistrate Judge:<br><br>**CERTIFICATE OF SERVICE**<br>**[Pursuant to L.R.5-3.2.1]** |

I, Brandi Rosales, certify and declare as follows:

I am over the age of 18 years and not a party to this action.

My business address is 2361 Rosecrans Avenue, Suite 373, El Segundo, California 90245, which is located in the city, county and state where the mailing described below took place.

On December 23, 2020, I electronically filed and electronically served the following document pursuant to Local Rule, Rule 5-3.2.1: **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (B) [DIVERSITY OF CITIZENSHIP JURISDICTION]; 28 U.S.C §1446; 28 U.S.C. §1332.**

1

Said document was served upon the following parties, via electronic email I sent to the following addressees, through their attorneys of record, as follows:

| | |
|---|---|
| Mr. Hussein A. Chahine<br>Mr. Eric H. Godoy<br>CHAHINE LAW, APC<br>714 W. Olympic Blvd., Suite 940<br>Los Angeles, CA 90015<br>T: (213)746-4000/F: (213)746-4006<br>E-Mail: hac@socalinjurylawyers.com<br>E-Mail: eric@chahinelaw.com<br>Attorneys for Plaintiff **MARIA GAVILANES** | |

Further, pursuant to Local Rule, Rule 5-3.2.1," *Service*. Upon the electronic filing of a document, a "Notice of Electronic Filing" ("NEF") will be automatically generated by the CM/ECF System and sent by e-mail to: (1) all attorneys who have appeared in the case in this Court and who have consented to receive service through the CM/ECF System, and (2) all *pro se* parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2. Unless service is governed by F.R.Civ.P. 4 or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served.

I declare and certify under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2020, at El Segundo, California.

By:   *Brandi Rosales*
Brandi Rosales

THE HAHN LEGAL GROUP^{APC}
2361 Rosecrans Avenue, Suite 373
El Segundo, California 90245
Phone: (310) 706-3400 | Fax: (310) 706-3440

2